IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA BULLOCKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2049 |
| | § | |
| OFFICE OF HARRIS COUNTY | § | |
| CONSTABLE, PRECINCT 6, | § | |
| HARRIS COUNTY, and | § | |
| CONSTABLE VICTOR TREVINO | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending is Plaintiff Lisa Bullocks's Motion for Reconsideration (Document No. 32) of this Court's Order granting summary judgment for Defendants Harris County and Constable Victor Trevino (Document No. 30). The motion raises no new argument, and instead rehashes arguments previously considered and addressed by the Court. A motion for reconsideration should not be used to relitigate prior matters that could have been urged earlier or that have been resolved to the dissatisfaction of the movant. *See* Resolution Trust Corp. v. Holmes, 846 F. Supp. 1310, 1316 (S.D. Tex. 1994) (Lake, J.); Lupo v. Wieth-Ayerst Labs., 4 F. Supp. 2d 642, 645 (E.D. Tex. 1997). It is therefore

ORDERED that Plaintiff Lisa Bullocks's Motion for Reconsideration (Document No. 32) is DENIED.

The Clerk will enter this Order and provide a correct copy to all parties.

SIGNED at Houston, Texas, on this 19th day of October, 2012.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2